**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.* | Case No. 23-11069 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| Yellow Corporation, | |
| Plaintiff, | |
| vs. | |
| Seneca Companies, Inc., | Adv. No. 25-51656 |
| Defendant. | |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE:

Please enter default against the defendant named in the above captioned action (the "Defendant"), pursuant to Fed. R. Civ. P. 55(a) and Fed. R. Bankr. P. 7055, for its failure to plead, otherwise defend or enter an appearance in the above captioned adversary proceeding as set forth in the Declaration of Vaneza Martinez Weber In Support of Plaintiff's Request for Default and filed concurrently herewith.

---

1  A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Dated: June 12, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*_____
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*-and-*

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq. MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN   55121
Telephone: 651-289-3863
Email: jsteinfeld@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Fl.
New York, NY   10165
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Plaintiff*

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

# EXHIBIT A

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al*.<br><br>Debtors.[2] | Chapter 11<br><br>Case No. 23-11069 (CTG) |
| Yellow Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Seneca Companies, Inc.,<br><br>Defendant. | Adv. No. 25-51656 |

## DECLARATION REQUESTING CLERK'S ENTRY OF DEFAULT

I, Vaneza Martinez Weber, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a paralegal employed by ASK LLP, the attorneys of record for Plaintiff. I am over the age of 21 years and am competent to testify of my own personal knowledge about the matters contained herein. My job duties include responsibility for the service of process for the summons and complaint in all adversary proceedings filed by ASK LLP.

2.      I respectfully submit this Declaration Requesting Clerk's Entry of Default against the above-named Defendant, Seneca Companies, Inc., (the "Defendant"), for failure to answer or otherwise defend herein.

---

2  A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

3.      ASK LLP was retained by the Plaintiff to avoid and recover preferential payments made to certain creditors in the above-captioned bankruptcy case under 11 U.S.C. §§ 547-550.

4.      On or about 8/1/2025, the Plaintiff initiated the above-captioned adversary proceeding, Adversary Number 25-51656 (the "Adversary Proceeding"), by filing a complaint to avoid and recover transfers (the "Complaint") against Defendant in the amount of $140,447.65.

5.      This Adversary Proceeding was brought to seek a judgment against Defendant in the amount of $140,447.65, plus filing fees costs in the amount of $350.00.

6.      On 8/26/2025, ASK LLP caused the Defendant to be served via U.S. Mail with the Summons and Complaint in this action in accordance with Fed. Rule Bankr. P. 7004(b). Attached hereto as Exhibit 1 is the Proof of Service filed with the Court and is incorporated herein by this reference.

7.      The Defendant failed to answer or otherwise respond to Plaintiff's complaint within the time provided by the Summons, Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and any applicable orders entered in the Adversary Proceeding. The Summons and Complaint have not been returned by the United States Post Office, nor have we received any other notification that the Defendant was not served.

8.      I have reviewed the docket of this adversary proceeding using PACER and no answer or other appearance has been filed on behalf of the Defendant as of the date of this Declaration.

9.      To the best of my knowledge and belief, Defendant is a business entity and therefore is not an infant, incompetent person, or subject to the protection provided by the Soldiers and Sailors Civil Relief Act 1940 (50 U.S.C. App. § 520).

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

10.     Pursuant to Del. Bankr. L.R. 7055-1, a copy of the Plaintiff's Request for Default and Plaintiff's Request for Entry of Default Judgment is being served on Defendant contemporaneously with the filing of the same with the Court.

11.     This Declaration is made to comply with Federal Rule of Civil Procedure 55(a), as incorporated by Bankruptcy Rule 7055.

I declare[3] under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on June 12, 2026.


/s/ *Vaneza Martinez Weber*
Vaneza Martinez Weber

---

[3] Pursuant to 28 U.S.C. § 1746, "Wherever, under any law of the United States or under any rule…any matter is required or permitted to be supported, evidenced, established, or proved by…affidavit… such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration…"

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

# EXHIBIT 1

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

IN RE: YELLOW CORPORATION, ET AL.
CASE NO. 23-11069 (CTG)   ADV.NO.: 25-51656
SENECA COMPANIES, INC.

## PROOF OF SERVICE

## STATE OF MINNESOTA, COUNTY OF DAKOTA

I am a resident of the County aforesaid. I am over the age of 18 years and not a party to the within entitled action. My business employment address is

2600 Eagan Wood Drive, Suite 400, St. Paul, Minnesota 55121

On the date indicated immediately above my signature below, I served the foregoing documents described as:

1) COMPLAINT;
2) SUMMONS; and
3) NOTICE OF DISPUTE RESOLUTION ALTERNATIVES.

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at St. Paul, Minnesota, addressed as follows:

Registered Agent for Defendant **[via Certified Mail 9589 0710 5270 3367 9328 13]**
CT Corporation System
400 E. Court Avenue
Des Moines, Iowa 50309

Defendant **[via Certified Mail 9589 0710 5270 3367 9328 20]**
Darren Binning, President
Seneca Companies, Inc.
4140 East 14th Street
Des Moines, Iowa  50313

☐ By Regular Mail - I caused such envelope with first class postage thereon, fully prepaid to be placed in the United States mail.

☒ Certified Mail (return receipt requested) with first class postage thereon, to be mailed in the United States mail.

I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed at St. Paul, Minnesota on August 26, 2025.

*/s/ Jennifer Hepola*

Jennifer Hepola, Declarant
No: 2305608 Stat: - Answ: /*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.* | |
| Debtors.[4] | Case No. 23-11069 (CTG) |
| | |
| Yellow Corporation, | |
| Plaintiff, | |
| vs. | Adv. No. 25-51656 |
| Seneca Companies, Inc., | |
| Defendant. | |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name:
Seneca Companies, Inc.

_____
*Clerk of the Bankruptcy Court*

By:_____
*Deputy Clerk*

_____
*Date*

---

4   A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

-6-

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

IN RE: YELLOW CORPORATION, *ET AL*.
CASE NO. 23-11069 (CTG) ADV No.25-51656
SENECA COMPANIES, INC.

# CERTIFICATION OF SERVICE

## STATE OF MINNESOTA, COUNTY OF DAKOTA

      I am a resident of the County aforesaid. I am over the age of 18 years and not a party to the within entitled action. My business employment address is

      2600 Eagan Woods Drive, Suite 400, St. Paul, Minnesota 55121

      On the date indicated immediately above my signature below, I served the foregoing documents described as:

    1. **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**
    2. **DECLARATION OF VANEZA MARTINEZ WEBER**
    3. **PROPOSED ENTRY OF DEFAULT**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at St. Paul, Minnesota, addressed as follows:

Defendant
Darren Binning, President
Seneca Companies, Inc.
4140 East 14th St,
Des Moines, IA 50313

  X  (By Regular Mail) I caused such envelope with first class postage thereon, fully prepaid to be placed in the United States mail.

    (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

  I declare under penalty of perjury under the laws of the State of Minnesota and the laws of the United States of America that the foregoing is true and correct.

Executed at St. Paul, Minnesota on June 112, 2026

    /s/ *Vaneza Martinez Weber*
Vaneza Martinez Weber, Declarant

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT